IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10MC58-RLV-DSC

| | |
|---|---|
| TOTAL DISTRIBUTION SERVICES, INC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on Edward B. Davis's "Motion to Quash .... Subpoena ..." (document #1) filed April 27, 2010. Counsel for Movant has informed chambers' staff telephonically that Davis has produced documents in response to the subject subpoena and that his Motion is now moot.

**THEREFORE, IT IS HEREBY ORDERED** that Edward B. Davis's "Motion to Quash .... Subpoena ..." (document #1) is **DENIED AS MOOT**.

The Clerk is directed to send a copy of this Order to counsel for the parties.

**SO ORDERED.**    Signed: May 21, 2010

David S. Cayer
United States Magistrate Judge