# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10MC58-RLV-DSC

| | |
|---|---|
| TOTAL DISTRIBUTION SERVICES, INC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | )<br>)    **ORDER**<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Edward B. Davis's "Motion to Quash .... Subpoena ..." (document #1) filed April 27, 2010. Counsel for Movant has informed chambers' staff telephonically that Davis has produced documents in response to the subject subpoena and that his Motion is now moot.

**THEREFORE, IT IS HEREBY ORDERED** that Edward B. Davis's "Motion to Quash .... Subpoena ..." (document #1) is **DENIED AS MOOT**.

The Clerk is directed to send a copy of this Order to counsel for the parties.

**SO ORDERED.**  Signed: May 21, 2010

David S. Cayer
United States Magistrate Judge